FILED BY __JC__ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 10 PM 4: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHNNY L. TRIPLETT,

    Plaintiff,

vs.                                     No. 05-2432-B/V

GEORGE M. LITTLE, et al.

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS
AND
ORDER DIRECTING PLAINTIFF TO PAY THE $250 CIVIL FILING FEE

---

Plaintiff Johnny L. Triplett filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., on June 15, 2005, along with a seeking leave to proceed in forma pauperis. Because the plaintiff's motion for leave to proceed in forma pauperis did not adequately document the plaintiff's sources of income, assets, and monthly expenses, the Court issued an order on August 15, 2005 directing the plaintiff, within thirty days, to file a properly completed in forma pauperis affidavit or pay the $250 civil filing. On September 19, 2005, plaintiff filed a copy of the prisoner in forma pauperis affidavit that provides even less information than his previous affidavit. On the basis of the plaintiff's monthly income, as reported in his second affidavit, the motion to proceed in forma pauperis is DENIED. The plaintiff is ORDERED to pay the $250 civil filing fee

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-14-05__



within thirty (30) days of the date of entry of this order. Failure timely to comply with this order will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 10th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02432 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

Johnny L. Triplett
5150 Steuben Drive
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT